IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. MELLOR & <br> JEAN L. MELLOR, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No: 1:06cv00116 (RCL) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: April 3, 2006.

                                        Respectfully submitted,

                                        /s/ Jennifer L. Vozne
                                        JENNIFER L. VOZNE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Phone/Fax: (202) 307-6555/514-6866
                                        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1623685.1

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>RICHARD L. MELLOR
>JEAN L. MELLOR
>*Plaintiffs pro se*
>2175 Stratford Drive
>Marion, Iowa 52302.

>   /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1623685.1