# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Richard L Mellor,
Jean L Mellor

Case No. **1:06-cv-00116**  *RcL*

Plaintiff(s),

MOTION TO RECONSIDER

v.

United States

Defendant.

Plaintiffs have received from the court an order requiring plaintiff to respond to any motions filed by the defendant within ten (10) days of the filing date.  Plaintiff has two objections to the order and moves the court to reconsider its order.

First, mailing time from the court is typically 7 to 10 days.  Thus, by the time plaintiffs have received the pleading the time has elapsed for responding.  Second, plaintiffs are not trained in law, do not have research staff, secretaries, paralegals, etc. Thus, plaintiffs need more time to research and prepare responses.

Also, the court's order does not impose the same requirement on defendant. Pursuant to the 14th amendments equal protection clause plaintiff and defendant are held to the same standard.  Thus, if plaintiff must respond within a specific time period defendant must be held to the same standard.

Plaintiffs' position is that the time must not begin until plaintiffs have received the pleading.  To do otherwise rushes plaintiffs to judgement and imposes an impermissible burden on plaintiff by not allowing plaintiff sufficient time to research and prepare proper responses.

Wherefore. plaintiffs request that the court reconsider is order dated April 3, 2006.

Richard L Mellor v. United States.        page 1 of 2 pages  **RECEIVED** Motion for Entry of Default

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated _April 10_, 2006

_[signature]_
Richard L Mellor
2175 Stratford Drive
Marion, Iowa 52302

_[signature]_
Jean L Mellor
2175 Stratford Drive
Marion, Iowa 52302

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated _April 10_, 2006

_[signature]_
Richard L Mellor