### United States District Court
FOR THE DISTRICT OF COLUMBIA

Richard L Mellor
Jean L Mellor
2175 Stratford Drive
Marion, Iowa 52302,
319-373-8904

Case No. **1:06-cv-00116** *RCL*

ADDENDUM TO COMPLAINT

      Plaintiff(s),

Addendum No. 1

v.

United States Government

      Defendant.

I/we have previously filed a claim pursuant to IRC §7433 alleging that officers/employees/agents of the Internal Revenue Service have disregarded and are continuing to disregard multiple provisions of the Internal Revenue Code and its regulations.

I/we have received the attached correspondence. I/we submit it to the Court as evidence that notwithstanding the filing of the aforementioned suit officers/employees/agents of the Internal Revenue Service continue to disregard multiple provisions of the Internal Revenue Code and its regulations and/or are retaliating against me/us for filing the instant action.

I/we have previously requested a copy of the certificate of assessment signed by an authorized assessment officer. To date I/we have not received any such certificate. Therefore, I/we have concluded that there exists no procedurally proper assessment of

RECEIVED
AUG 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

taxes against me/us and that officers/employees/agents of the Internal Revenue Service have disregarded and continue to disregard sections 6201, 6202, 6203 of the code by refusing/failing to make a procedurally proper assessment and to provide me/us same upon request. In the absence of a procedurally proper assessment no collection activity may take place. In the absence of a procedurally proper assessment any collection activity is unauthorized and constitutes an exaction in the guise of a tax, i.e., felony extortion.

Please attach this addendum to my/our original 7433 claim as evidence that officers/employees/agents of the Internal Revenue Service continue to disregard provisions of the Internal Revenue Code and its regulations by engaging in collection activity in the absence of a procedurally proper assessment. As stated in my/our 7433 claim I/we seek damages for each disregard. The continued disregarding of the provisions of the Internal Revenue Code and its regulations increases the amount of damages I/we are seeking. Each piece of correspondence I/we receive from the IRS will be considered an additional disregard and will serve to increase the amount of damages I/we seek.

Dated: August 9th, 2006

_____     _____
Richard L Mellor                                       Jean L Mellor

Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Iowa, personally appeared, Richard L Mellor, Jean L Mellor known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.

*[signature]*
Notary, State of Iowa
4-23-2008

I certify that I have served a copy of the foregoing on:

Jennifer L Vozne
Trial Attorney, Tax Division
U.S. Dept. of Justice
P O Box 227
Washington, D.C. 20044

Dated August 10, 2006

*[signature]*
Richard L Mellor