IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. MELLOR & <br> JEAN L. MELLOR, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No: 1:06cv00116 (RCL) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the United States in the above-captioned proceeding.

DATED:  January 26, 2007

                                                               Respectfully submitted,

                                                               /s/ Beatriz T. Saiz
                                                               BEATRIZ T. SAIZ
                                                               Trial Attorney, Tax Division
                                                               U.S. Department of Justice
                                                               P.O. Box 227
                                                               Ben Franklin Station
                                                               Washington, DC 20044
                                                               Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 26, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>RICHARD L. MELLOR
>JEAN L. MELLOR
>*Plaintiffs pro se*
>2175 Stratford Drive
>Marion, Iowa 52302

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ