IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RICHARD L. MELLOR & )
JEAN L. MELLOR, )
 )
      Plaintiffs, )
 )
v. ) No: 1:06cv00116 (RCL)
 )
UNITED STATES, )
 )
      Defendant. )

<u>**O R D E R**</u>

Having considered the United States' motion [*&*] to dismiss the complaint, together with the memorandum in support thereof, and having further considered any opposition and reply thereto, the Court concludes that the motion ought to be granted. *for the reasons set forth in the motion and reply.* Accordingly, it is this _26th_ day of _March_, 200_7_, at Washington, District of Columbia,

    ORDERED that the United States' motion to dismiss be and is GRANTED;

*ORDERED that plaintiffs' motion to reconsider the Court's 4/3/06 ORDER is DENIED;*

    ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

    ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

                                        _Royce C. Lamberth_
                                        UNITED STATES DISTRICT JUDGE

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

RICHARD L. MELLOR
JEAN L. MELLOR
Plaintiffs pro se
2175 Stratford Drive
Marion, Iowa 52302

1623684.1